UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Grace Engineering Corp.,

    Plaintiff/Counter-Defendant,          Case No. 08-11072

v.                                                    Hon. Nancy G. Edmunds

Ross Archery, Inc.,

    Defendant/Counter-Plaintiff,

and

Ross Archery, Inc.,

    Third-Party Plaintiff,

v.

G5 Outdoors, LLC,

    Third-Party Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

      IT IS FURTHER ORDERED that Plaintiff/Counter-Defendant Grace Engineering Corp.'s Motion for Default Judgment, for Dismissal of Defendant/Counter-Plaintiff Ross Archery, Inc.'s Counterclaim, for Sanctions Pursuant to Fed. R. Civ. P. 37(b) and for a Declaratory Judgment Pursuant to Fed. R. Civ. P. 57 is hereby GRANTED, and Third-Party Defendant G5 Outdoors, LLC's Motion for Dismissal of Third-Party Plaintiff Ross Archery, Inc.'s Third Party Claim is hereby GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Default Judgment be entered for Grace Engineering Corp. against Ross Archery, Inc. in the amount of $246,644.91, plus costs, and for declaratory relief sought by Grace Engineering Corp.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be issued in favor of Grace Engineering Corp. on Ross Archery, Inc.'s Counterclaim and in favor of G5 Outdoors, LLC on Ross Archery, Inc.'s Third-Party Claim.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 19, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 19, 2009, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager